IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CR407-122-01 |
| SHAWN HAMILTON, | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 16th day of August, 2007, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's motion for severance is DENIED.

Defendant's motion to suppress is TAKEN UNDER ADVISEMENT.

All other pretrial motions are hereby deemed MOOT.

**SO ORDERED** this 16th day of August, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA