UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.          407CR122

SHAWN HAMILTON

## ORDER

Defendant Shawn Hamilton's motion for new trial (doc. # 65) is **DENIED**.

This 21 day of November, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA