IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHAWN HAMILTON,

    Plaintiff,

v.     CASE NO. CV409-102

UNITED STATES OF AMERICA

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's § 2255 Petition is **DENIED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 6th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA